E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1804-GHK (CWx) | Date | January 28, 2013 |
|---|---|---|---|
| Title | *Miguel De La Cueva v. Alta Dena Certified Dairy, LLC, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re:** Vacating Order to Strike Class Allegations

In light of the Magistrate Judge's January 3, 2013 Order extending the deadline to file a motion for class certification by 30 days, our January 24, 2013 Order striking class allegations is hereby **VACATED**.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| Initials of Deputy Clerk | | Bea | |

---

CV-90 (06/04)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1