UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1804 GHK-CWx | Date | September 11, 2013 |
|---|---|---|---|
| Title | MIGUEL DE LA CUEVA v. ALTA DENA CERTIFIED DAIRY, LLC., et al. | | |

| Present: The Honorable | CARLA M. WOEHRLE | |
|---|---|---|
| D. THOMAS | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| NONE PRESENT | | NONE PRESENT |

**Proceedings:**      (IN CHAMBERS)

   This matter having been referred to U.S. Magistrate Judge Carla Woehrle for settlement conference by U.S. District Judge King, IT IS ORDERED that a settlement conference shall be held in the chambers of Judge Woehrle on **October 21, 2013 at 1:00 p.m.**, Room 640, 6th Floor of the Roybal Courthouse, 255 E. Temple Street, Los Angeles, CA.  The conference should be attended by persons with meaningful authority to negotiate and agree to a settlement of the case.

   The parties shall submit settlement conference statements directly to Judge Woehrle's chambers not later than three (3) court days before the conference.  **These statements are to be exchanged with opposing counsel.**  The statements shall <u>not</u> be filed in the court record.

   The statements shall include a summary of the important issues, the party's position on each issue, information regarding damages in non-conclusory form and the course of negotiations up to that point.  The statements shall be brief and to the point and shall not have attached mass numbers of exhibits.  Counsel are to keep in mind that the purpose of the statement is to familiarize the settlement judge with the issues, not to try the case.  Proposals for settlement and counsel's own evaluation of the case not yet communicated to opposing counsel may be included in a separate confidential document submitted to Judge Woehrle, not exchanged with counsel.


cc:    District Judge King
       Parties of Record

                                                                                        :
                                                        Initials of Preparer        dt